## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIE J. DAVIS,

JUDGMENT IN A CIVIL CASE

Plaintiff,

17-cv-69-bbc

v.

LON BECHER, GERALD CYPHER and
C. O'DONNELL,

Defendants.

---

This action came for consideration before the court with District Judge
Barbara B. Crabb presiding. The issues have been considered and a decision has been
rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor

of defendants dismissing this case with prejudice for plaintiff's failure to prosecute.

| /s/ | 7/17/2018 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |